MELINDA HAAG  (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE STAMM (CTBA 301887)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANDREAS DANNENBERG and<br>ANGELICA DANNENBERG, | ) <br> ) <br> ) | No. C-10-05157-LHK |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | STIPULATION FOR DISMISSAL<br>and [~~proposed~~] ORDER |
| UNITED STATES OF AMERICA, | ) <br> ) | |
| Defendant. | ) <br> ) | |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the Plaintiffs, Andreas Dannenberg and Angelica Dannenberg, and Defendant, United States of America, as reflected by the signatures of their respective counsel as set forth below:

1. Pursuant to Rule 41(a)(2), that this action be dismissed without prejudice.

///

///

///

///

///

///

2.  The parties agree to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO STIPULATED:

                          MELINDA HAAG
                          United States Attorney

Dated: *February 16, 2011* :          /s/
                          BLAKE STAMM
                          Assistant U.S. Attorney
                          Attorneys for the United States of America

Dated: *February 12, 2011* :          /s/
                          RICHARD T. HILOVSKY
                          Counsel for Plaintiffs,
                          Andreas Dannenberg and Angelica Dannenberg

**ORDER**

Upon the stipulation of all parties to these proceedings, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED, ADJUDGED and DECREED that this action is hereby dismissed without prejudice.  The Clerk shall close the file.

**ORDERED** this  17th  day of  February , 2011, at San Jose, California.

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Dannenberg, et al.  v. US
Case No. CV 10-05157-LHK
Stip. Of Dismissal and [proposed]
Order        2